Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Attorneys for Debtors

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| 2M RESEARCH SERVICES LLC and | § | CASE NO. 23-40271-11 |
| MARCUS E. MARTIN, | § | Chapter 11 |
| | § | |
| Debtors. | § | (Jointly Administered) |

**NOTICE OF CONTINUED HEARING**

**PLEASE TAKE NOTICE** that the hearing to consider the following documents has been continued to **July 3, 2024, at 9:30 a.m.** before the Honorable Mark X. Mullin, United States Bankruptcy Court, 501 W. Tenth Street, Room 128, Fort Worth, Texas 76102. Parties may appear in person or via WebEx video conference. The WebEx link may be accessed here: https://us-courts.webex.com/meet/mullin. To appear via telephone, dial 1-650-479-3207 and enter Meeting ID 474 603 746. A copy of the WebEx Hearing Instructions is attached hereto as Exhibit "A."

1.  Debtor's Emergency Motion for Entry of Interim and Final Orders Authorizing the Use of Cash Collateral and Granting Adequate Protection [Docket No. 20]; and

2.  Third Amended Joint Plan of Reorganization [Docket No. 189].

Dated: April 19, 2024.

Respectfully submitted,

 */s/ Joyce W. Lindauer*
Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Attorneys for Debtors

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 19, 2024, a true and correct copy of the foregoing document was served via email pursuant to the Court's ECF system upon the parties receiving electronic notice in this case listed below.

Christopher V. Arisco on behalf of Creditor Pragmatic Financial, LLC
carisco@padfieldstout.com

Martin Patrick Averill on behalf of Debtor Marcus E Martin
averillfirm@gmail.com, filings@roqski.com

Adrian S Baer on behalf of Attorney Roquemore Skierski PLLC
ardiebaer@att.net

Adrian S Baer on behalf of Debtor Marcus E Martin
ardiebaer@att.net

Christopher J. Dylla on behalf of Creditor Texas Workforce Commission
Christopher.Dylla@azag.gov

Areya Holder Aurzada (SBRA V) on behalf of Interested Party Areya Aurzada
trustee@holderlawpc.com, aha@trustesolutions.net;caha11@trustesolutions.net

Areya Holder Aurzada (SBRA V) on behalf of Trustee Areya Holder Aurzada (SBRA V)
trustee@holderlawpc.com, aha@trustesolutions.net;caha11@trustesolutions.net

Kathleen Jacobs on behalf of Creditor Small Business Administration
katie.jacobs@usdoj.gov

Kathleen Jacobs on behalf of Creditor United States Of America Internal Revenue Service
katie.jacobs@usdoj.gov

Jennifer Laufgas on behalf of Creditor PHH Mortgage Corporation
ecftxnb@aldridgepite.com, jlaufgas@ecf.courtdrive.com;Jlaufgas@aldridgepite.com

Joyce W. Lindauer on behalf of Debtor 2M Research Services LLC
joyce@joycelindauer.com, dian@joycelindauer.com

Joyce W. Lindauer on behalf of Debtor Marcus E Martin
joyce@joycelindauer.com, dian@joycelindauer.com

Joyce W. Lindauer on behalf of Jointly Administered Party/Debtor Marcus E Martin
joyce@joycelindauer.com, dian@joycelindauer.com

Wanda D. Murray on behalf of Creditor PHH Mortgage Corporation
ecftxnb@aldridgepite.com, wmurray@ecf.inforuptcy.com;WMurray@aldridgepite.com

Wanda D. Murray on behalf of Creditor WELLS FARGO BANK, N.A., AS TRUSTEE FOR HOLDERS OF IMPAC SECURED ASSETS CORP., MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-4
ecftxnb@aldridgepite.com, wmurray@ecf.inforuptcy.com;WMurray@aldridgepite.com

Chandra Dianne Pryor on behalf of Creditor VW Credit, Inc.
Chandra.Pryor@BonialPC.com, Notices.Bonial@ecf.courtdrive.com

Laurie D. Rea on behalf of Creditor Abt Associates Inc.
laurie.rea@romclaw.com, tandi.levario@romclaw.com

Kelvin L Roquemore on behalf of Attorney Roquemore Skierski PLLC
kelvin@roqski.com

Dawn Whalen Theiss on behalf of Creditor Small Business Administration
dawn.theiss@usdoj.gov, brooke.lewis@usdoj.gov;CaseView.ECF@usdoj.gov

Dawn Whalen Theiss on behalf of Creditor United States Of America Internal Revenue Service
dawn.theiss@usdoj.gov, brooke.lewis@usdoj.gov;CaseView.ECF@usdoj.gov

John Kendrick Turner on behalf of Creditor Tarrant County
john.turner@lgbs.com, Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

United States Trustee
ustpregion06.da.ecf@usdoj.gov

Behrooz P. Vida -SBRA V on behalf of Interested Party Behrooz P. Vida -SBRA V
behrooz@vidatrustee.com,
cbpv11@trustesolutions.net;tracy@vidatrustee.com;bpv2117@gmail.com

Behrooz P. Vida -SBRA V on behalf of Trustee Behrooz P. Vida -SBRA V
behrooz@vidatrustee.com,
cbpv11@trustesolutions.net;tracy@vidatrustee.com;bpv2117@gmail.com

Donna K. Webb on behalf of Creditor United States Of America Internal Revenue Service
donna.webb@usdoj.gov,
brian.stoltz@usdoj.gov;CaseView.ECF@usdoj.gov;brooke.lewis@usdoj.gov

Elizabeth Ziegler Young on behalf of U.S. Trustee United States Trustee
elizabeth.a.young@usdoj.gov

                    */s/ Joyce W. Lindauer*
                    Joyce W. Lindauer

# WebEx Hearing Instructions
# Judge Mark X. Mullin

**EXHIBIT "A"**

Pursuant to General Order 2021-06, subject to the discretion of the presiding judge of a particular case or proceeding to order otherwise, all hearings before the Court are currently being conducted in one of the following three ways depending upon the nature of the proceeding: (1) in a remote only mode (by video or telephone via the Court's WebEx platform); (2) in an in-person only mode (before the Court in the courtroom); or (3) in a hybrid mode (enabling participants to choose between appearing in person or remotely).

## IMPORTANT NOTICE

For all cases and proceedings assigned to Judge Mullin, **Judge Mullin has determined to permit both in person and remote attendance at all hearings** (*i.e.*, all such hearings will be conducted in a hybrid mode instead of a remote only or in-person only mode), provided that Judge Mullin may order otherwise with respect to any particular hearing or proceeding in his discretion or for cause shown.

Additionally, for all adversary proceedings assigned to Judge Mullin, **Judge Mullin has determined to permit both in person and remote attendance at all adversary proceeding hearings** notwithstanding the designation of all adversary proceeding hearings (whether evidentiary or non-evidentiary) as in-person only hearings under General Order 2021-06 (*i.e.*, all such adversary proceeding hearings will be conducted in a hybrid mode instead of an in-person only mode), provided that Judge Mullin may order otherwise with respect to any particular hearing in his discretion or for cause shown.

## WEBEX HEARING INSTRUCTIONS

**The following instructions apply to remote attendance at hybrid mode hearings**.

**General Information**:

Subject to compliance with the procedures and requirements set forth herein, counsel and other parties in interest are permitted to attend and participate in hybrid hearings by remote means (*i.e.*, by WebEx videoconference or telephonic conference) without first obtaining permission of the Court to do so. The WebEx videoconference login and WebEx telephonic conference dial-in and meeting ID are set out below:

**For WebEx Video Participation/Attendance:**

Link: https://us-courts.webex.com/meet/mullin

**For WebEx Telephonic Only Participation/Attendance:**

Dial-In: 1.650.479.3207

Meeting ID: 474 603 746

**Participation/Attendance Requirements Applicable to All Remote Attendees:**

- Requirements as to attendance by videoconference or telephonic conference:

    (1) For those who intend to question any witness(es) or seek the admission of any document(s) in evidence, such individuals must attend in a videoconference mode (as opposed to a telephonic conference mode).

    (2) For those who do <u>not</u> intend to question any witnesses or seek the admission of any documents in evidence but who nevertheless intend to <u>actively participate</u> in the hearing, such individuals are encouraged, but not required, to attend in a videoconference mode.

    (3) All others may attend in either a videoconference or telephonic conference mode.

- Remote attendees should join the WebEx hearing <u>at least 10 minutes prior</u> to the hearing start time. Please be advised that a hearing may already be in progress. <u>During hearings, attendees are required to keep their lines on mute at all times that they are not addressing the Court or otherwise actively participating in the hearing.</u> **The Court reserves the right to disconnect or place on permanent mute any attendee that causes any disruption to the proceedings**. For general information and tips with respect to WebEx participation and attendance, please see Clerk's Notice 20-04.

**<u>Remote Witness Testimony</u>**:

Witnesses are permitted to testify in-person or by remote means unless ordered otherwise by the Court.

Where remote testimony is permitted, witness testimony <u>must</u> be provided with the WebEx video function activated. Witnesses may <u>not</u> provide testimony by telephone alone unless the Court finds cause to waive the prohibition (only in rare circumstances).

**<u>Exhibit Requirements</u>**:

- Any party intending to introduce documentary evidence at a hybrid mode hearing <u>must</u> file an exhibit list in the case with a true and correct copy of each designated exhibit filed as a <u>separate, individual attachment thereto</u> so that the Court and all participants have ready access to all designated exhibits.

- For any witness that is to be called to testify remotely, the party calling the witness must, in advance of the hearing, supply to the witness (or counsel for the witness, as appropriate) with paper copies of all designated exhibits for the hearing.

**<u>Notice of Hearing Content and Filing Requirements for Hybrid Mode Hearings:</u>**

- The Notice of Hearing filed in the case and served on parties in interest must: (1) provide notice that the hearing will be conducted both in person and by WebEx means, (2) provide notice of the above WebEx video link and telephone dial-in and meeting ID, and (3) attach a copy of these WebEx Hearing Instructions or provide notice that they may be obtained at the following address: https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-mullin-hearing-dates

- When electronically filing the Notice of Hearing via CM/ECF select "<u>Fort Worth, Judge Mullin's Ctrm</u>" or "<u>athttps://us-courts.webex.com/meet/mullin</u>" as the location for the hearing. Do <u>NOT</u> select "VIDEO CONFERENCE" link as the location for the hearing.

# <u>Disclaimer</u>:

The Court cannot and does not guarantee that telephonic service and computer connectivity will not be interrupted during the course of a hearing. For hybrid hearings, those who elect to participate in the hearing by remote means do so at their own risk, understanding that except in extremely rare circumstances the Court will not entertain a request for continuance of the hearing based upon technological failure or any disadvantage experienced on account of an election to attend remotely instead of in person.