Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
ATTORNEYS FOR DEBTOR

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| 2M RESEARCH SERVICES LLC and | § | CASE NO. 23-40271-11 |
| MARCUS E. MARTIN, | § | Chapter 11 |
| | § | |
| Debtors. | § | |

### POST-CONFIRMATION MODIFICATION TO DEBTORS' FIFTH AMENDED JOINT PLAN OF REORGANIZATION [Docket No. 257]

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

COMES NOW 2M Research Services LLC and Marcus E. Martin, the debtors herein ("Debtors"), and file this heir Post-Confirmation Modification to the Debtors' *Fifth Amended Joint Plan of Reorganization* filed on August 28, 2024 [Docket No. 257, the "Plan"]. The Plan provided that the Debtors may modify the Plan at any time after Confirmation, upon compliance with Bankruptcy Code § 1127. The Debtors or their attorney shall provide notice of any such proposed modification to all Creditors and other parties in interest in these Chapter 11 proceedings. If, in the opinion of the Bankruptcy Court, the modification does not materially and adversely affect the interest of the Creditors, the Bankruptcy Court may modify the Plan without notice to Creditors, or may modify the Plan upon notice only to those Creditors that the Bankruptcy Court deems to be materially and adversely affected. Debtors would show as follows:

1.      Debtors propose the following Post-Confirmation Modification.

## CLAIMS AGAINST 2M RESEARCH SERVICES, LLC

**Class 2M 4: Allowed Secured Claim of Texas Workforce Commission.**

This Claim shall be paid in full in equal monthly installments of principal with interest thereon at the rate of 9.50% per annum. Payments will commence on the first day of the first month following the Effective Date and continue until the expiration of 60 months from the Petition Date.

Notwithstanding anything in the Plan to the contrary, the Plan shall not release or discharge any entity, other than the Debtors or Reorganized Debtors, from any liability owed to the Texas Workforce Commission for a tax debt, including interest and penalties on such tax. This provision is not an admission by any party that such liability exists.

Notwithstanding anything in the Plan to the contrary, the Plan shall not limit the Texas Workforce Commission's setoff rights under 11 U.S.C. § 553. This provision is not admission by any party that such setoff rights exist.

A failure by the reorganized Debtor to make a payment to the TWC pursuant to the terms of the Plan shall be an Event of Default. If the reorganized Debtor fails to cure an Event of Default as to tax payments within ten (10) calendar days after service of written notice of default from the TWC, the TWC may (a) enforce the entire amount of its claim, (b) exercise all rights and remedies under applicable nonbankruptcy law, and (c) seek such relief as may be appropriate in this Court. Notice of the default shall be served by first class mail upon the reorganized Debtor at: 1305 Grayhawk Drive, Mansfield, Texas 76063, Attn: Chief Executive Officer, and to Debtors' attorney at Joyce W. Lindauer Attorney, PLLC, 1412 Main Street, Suite 500, Dallas, Texas 75202; Attn: Joyce W. Lindauer, Esq.; joyce@joycelindauer.com.

Debtor shall be allowed to cure up to two (2) defaults. Upon a third default, the TWC, at its option, may declare the default non-cureable and proceed to collect the remainder of the debt.

This Claim is Impaired, and the holder of this Claim is entitled to vote to accept or reject the Plan.

Dated: October 18, 2024.

    Respectfully submitted,

    */s/ Joyce W. Lindauer*
    Joyce W. Lindauer
    State Bar No. 21555700
    Joyce W. Lindauer Attorney, PLLC
    1412 Main St. Suite 500
    Dallas, Texas 75202
    Telephone: (972) 503-4033
    Facsimile: (972) 503-4034
    Attorneys for Debtors

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that on October 14, 2024, Sherri Simpson in the Texas Attorney General's Office on behalf of the Texas Workforce Commission reviewed and approved the foregoing Plan Modification.

                                               */s/ Joyce W. Lindauer*
                                               Joyce W. Lindauer

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 18, 2024, a true and correct copy of the foregoing document was served via United States first class mail, postage prepaid, upon the parties on the attached service list.

                                               */s/ Joyce W. Lindauer*
                                               Joyce W. Lindauer

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0539-4<br>Case 23-40271-mxm11<br>Northern District of Texas<br>Ft. Worth<br>Fri Oct 18 16:26:31 CDT 2024 | 2M Research Services, LLC<br>1305 Grayhawk Drive<br>Mansfield, TX 76063-5555 | Pragmatic Financial, LLC<br>c/o Padfield & Stout, LLP<br>Christopher V. Arisco<br>420 Throckmorton Street, Suite 1210<br>Fort Worth, TX 76102-3792 |
| Roquemore Skierski PLLC<br>13155 Noel Rd.<br>Suite 900<br>Dallas, TX 75240-6882 | Tarrant County<br>Linebarger, Goggan, Blair & Sampson, LLP<br>c/o John K. Turner<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas, TX 75207-2328 | Texas Comptroller of Public Accounts, Revenu<br>Christopher S. Murphy<br>P.O. Box 12548<br>Austin, TX 78711-2548 |
| Texas Workforce Commission<br>Christopher J. Dylla<br>c/o Sherri K. Simpson, Paralegal<br>P.O. Box 12548<br>Austin, TX 78711-2548 | VW Credit, Inc.<br>14841 Dallas Parkway<br>Suite 425<br>Dallas, TX 75254-8067 | WELLS FARGO BANK, N.A., AS TRUSTEE FOR HOLDE<br>c/o Aldridge Pite, LLP<br>Six Piedmont Center<br>3525 Piedmont Road, N.E.<br>Suite 700<br>Atlanta, GA 30305-1608 |
| 501 W. Tenth Street<br>Fort Worth, TX 76102-3637 | 2M Research Services 401(k) Profit Sharing P<br>c/o U.S. Department of Labor, EBSA<br>525 S. Griffin Street, Suite 900<br>Dallas, TX 75202-5042 | 2M Research Services, LLC Group Health Plan<br>c/o U.S. Department of Labor, EBSA<br>525 S. Griffin Street, Suite 900<br>Dallas, TX 75202-5042 |
| Abt Associates<br>c/o Laurie Dahl Rea<br>300 Throckmorton Street, Suite 520<br>Fort Worth, TX 76102-2929 | Applied Engineering Management Corporation<br>c/o Jameson & Dunagan, PC<br>5429 LBJ Freeway Suite 300<br>Dallas, Texas 75240-2645 | Arlington County Treasurer<br>2100 Clarendon Blvd, Ste 217<br>2100 Clarendon Blvd, Ste 217<br>Arlington, VA 22201-5447 |
| AvidXchange Inc<br>C/O Mcc Lienmaster<br>23240 Chagrin Blvd 410<br>Beachwood, OH 44122-5415 | Chubb National Insurance Company<br>1702 Townhurst Drive<br>1702 Townhurst Drive<br>Houston, TX 77043-2811 | City Attorney's Office<br>PO Box 90231<br>Arlington, TX 76004-3231 |
| Comptroller of the Treasury<br>301 W Preston Street Room #409<br>Baltimore, MD 21201-2383 | ECMC<br>PO Box 16408<br>St. Paul, MN 55116-0408 | Fox Capital Group, Inc.<br>c/o Zachter PLLC<br>2 University Plaza, Suite 205<br>Hackensack, NJ 07601-6211 |
| (p)GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>ARCS BANKRUPTCY<br>1800 CENTURY BLVD NE SUITE 9100<br>ATLANTA GA 30345-3202 | Illinois Department of Employment Security<br>33 S State St<br>Chicago, IL 60603-2808 | Indraneel Chakraborti<br>1217 White Squall Trail<br>Arlington, TX 76005-1122 |
| Internal Revenue Service<br>1100 Commerce Street, MS 5027<br>Dallas Texas 75242.<br>Attention: Insolvency 75242-1100 | JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o Robertson, Anschutz, Schneid,<br>Crane & Partners, PLLC<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487-2853 | JRJ Management, LLC<br>805 Las Cimas Parkway<br>Suite 320<br>Austin, TX 78746-6177 |
| James Watson<br>2718 Olympic Park Dr<br>Grand Prairie, TX 75050-1322 | Joshua Townley<br>3820 Vitruvian Way<br>Apt. 143<br>Addison, TX 75001-4434 | Katie Carr Jacobs<br>Assistant US Attorney<br>1100 Commerce St.<br>Suite 300<br>Dallas, TX 75242-0397 |

| | | |
|---|---|---|
| Kowther Elqutob<br>1601 Cabot Cir.<br>Arlington, TX 76006-6511 | Kowther Elqutob<br>1601 Cabot Ct<br>Arlington, TX 76006-6511 | Lan Hu<br>7844 NW 123 Ave.<br>Pompano Beach, FL 33076-4546 |
| Lara Milavickas<br>921 Riviera Drive<br>Mansfield, TX 76063-3714 | (p)LAURIE DAHL REA<br>ROCHELLE MCCOLLOUGH LLP<br>300 THROCKMORTON STREET SUITE 520<br>FORT WORTH TX 76102-2929 | Lazonda Charles<br>63 Townhouse Ln<br>Grand Prairie, TX 75052-6220 |
| Madison Davis<br>3721 West Beverly Drive<br>Dallas, TX 75209-6209 | Marcus Martin<br>1305 Grayhawk Drive<br>Mansfield, TX 76063-5555 | Maxwell Matite<br>6133 64th Avenue<br>Apt. 5<br>Riverdale, MD 20737-2926 |
| McKing Consulting Corporation<br>2810 Old Lee Highway<br>Suite 300<br>Fairfax, VA 22031-4376 | McKing Consulting Corporation<br>c/o Bean Kinney & Korman, P.C.<br>Attn: Andrea C. Davison<br>2311 Wilson Blvd, Suite 500<br>Arlington, VA 22201-5422 | Oluwadamilare Bamgbose<br>1001 S Center<br>Apt 2132D<br>Arlington, TX 76010-2774 |
| On Deck Capital, Inc.<br>1400 Broadway<br>New York, NY 10018-5300 | Ondeck Capital<br>1400 Broadway FL 25<br>New York, NY 10018-5225 | Patrick M. Lynch<br>503 Hwy 2W<br>Devils Lake, ND 58301 |
| Paul Ruggiere<br>4308 Winnetka Rd<br>Corinth, TX 76208-4820 | Pragmatic Financial, LLC<br>2606 Bunker Hill<br>McKinney, TX 75070-4527 | Reserve Funding LLC<br>15 WEST 47TH STREET<br>SUITE 704<br>New York, NY 10036-3371 |
| Small Business Administration<br>14925 Kingsport Rd.<br>Fort Worth, TX 76155-2243 | State of Maryland Revenue Office, Comptrolle<br>Revenue Administration Division<br>10 Carroll Street<br>Annapolis, MD 21411-0001 | Tarrant County<br>Linebarger Goggan Blair & Sampson, LLP<br>c/o John Kendrick Turner<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas, TX 75207-2328 |
| Texas Workforce Commission<br>Office of Attorney General<br>BK/Collections<br>P.O. BOX 12548, MC008<br>Austin, TX 787112548 | U.S. Bank, N.A. d/b/a U.S. Bank Equipment Fi<br>1310 Madrid Street<br>Marshall, MN 56258-4099 | United States Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-0996 |
| VW Credit, Inc.<br>PO Box 9013<br>Addison, Texas 75001-9013 | Vickie Kennard<br>121 Autumn Trail<br>Red Oak, TX 75154-4712 | Wells Fargo Bank, N.A.<br>Small Business Lending Division<br>P.O. Box 29482 MAC S4101-08C<br>Phoenix, AZ 85038-9482 |
| Western Equipment Finance, Inc.<br>503 Hwy 2W<br>Devils Lake, ND 58301 | William Vaughen<br>185 Thomas Burgin Pkwy<br>Apt 1<br>Quincy, MA 02169-4203 | Areya Aurzada<br>Holder Law<br>P.O. Box 2105<br>Addison, TX 75001-2105 |

(p)JOYCE W LINDAUER ATTORNEY PLLC
1412 MAIN STREET
SUITE 500
DALLAS TX 75202-4042

Marcus E Martin
1305 Grayhawk Drive
Mansfield, TX 76063-5555

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

GEORGIA DEPARTMENT OF REVENUE
1800 CENTURY BLVD NE
SUITE 9100
Atlanta, GA 30345-3205

Laurie Dahl Rea
Rochelle McCullough, LLP
300 Throckmorton
Suite 520
Fort Worth, TX 76102

Joyce W. Lindauer
Joyce W. Lindauer Attorney, PLLC
1412 Main Street
Suite 500
Dallas, TX 75202

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Abt Associates Inc.

(u)PHH Mortgage Corporation

(u)Small Business Administration

(u)United States Of America Internal Revenue

(d)VW Credit, Inc.
PO Box 9013
Addison, Texas 75001-9013

End of Label Matrix
Mailable recipients    61
Bypassed recipients     5
Total                  66