NANCY E. LARSON
ACTING UNITED STATES ATTORNEY
David G. Adams
Assistant United States Attorney
State Bar No. 00793227
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone:  214-659-8600
Facsimile:  214-659-8807
david.adams4@usdoj.gov
Attorneys for
United States of America
Internal Revenue Service

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| In re:<br><br>2M RESEARCH SERVICES LLC,<br>            Debtor. | CASE NO. 23-40271-MXM-11<br>CHAPTER 11 |

### NOTICE OF SUBSTITUTION OF COUNSEL

Pursuant to local civil rule 83.12, Assistant U.S. Attorney David G. Adams is hereby substituted for Assistant U.S. Attorney Dawn Whalen Theiss as counsel for the Internal Revenue Service in this case.

        Respectfully submitted,

        NANCY E. LARSON
        ACTING UNITED STATES ATTORNEY

        */s/ David G. Adams*
        David G. Adams
        Assistant United States Attorney
        State Bar No. 00793227
        1100 Commerce Street, Third Floor
        Dallas, Texas 75242-1699
        Telephone:  214-659-8600
        Facsimile:  214-659-8807
        david.adams4@usdoj.gov

*Attorneys for Internal Revenue Service*

## **CERTIFICATE OF SERVICE**

On October 1, 2025, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ David G. Adams*
David G. Adams
Assistant United States Attorney